UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**SUZANNE DHOOGHE,**
      Plaintiff,

                                                                              Civil No. **09-12630**
                                                                              Hon. John Feikens

      v.


**McLAREN HEALTH SERVICES, d/b/a**
**McLaren Regional Medical Ser**

      Defendants.

_____/


**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**


      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **7/12/2010,** and noted that no objections were filed by either party,

      **IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions of this court.


                                                              **s/John Feikens**
                                                              John Feikens
                                                              United States District Judge

Dated: July 30, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 30, 2010.

s/Carol Cohron
Deputy Clerk